■ COMMISSIONER OF COMMUNITY DEVELOPMENT OF THE CITY

OF ROCHESTER, Respondent, v LEON COHEN et al., Appellants.—
Judgment unanimously affirmed, without costs. Memorandum:
Respondent property owners did not object to petitioner's
seeking to enjoin allegedly illegal uses of their property by
commencing a special proceeding in Supreme Court, Housing
Part. Respondents answered the petition on the merits and set
forth an affirmative defense that the uses complained of were
valid preexisting nonconforming uses. Because no objection
was made at Special Term to the procedure followed, this
issue has not been preserved for appellate review.

On the adjourned date of the matter at Special Term, it
appeared that the Director of Zoning had denied respondents'
application for a certificate of nonconformity pursuant to Code
of City of Rochester § 115-96 (I) (Rochester Code). Because no
appeal had been taken to the Zoning Board of Appeals (Roch-
ester Code § 115-33), respondents remained in violation of the
code (Rochester Code § 115-96 [I] [3] [c]). Special Term, instead
of summarily granting the injunction and holding respondents
in violation, granted what amounts to a further extension of
time to permit respondents to appeal the Director of Zoning's
denial of their request to the Zoning Board of Appeals. It was
within Special Term's discretion to grant the relief, and
respondents have demonstrated no prejudice. (Appeal from
judgment of Supreme Court, Monroe County, Maloy, J.—
CPLR art 4.) Present—Dillon, P. J., Hancock, Jr., Doerr,
Green and Schnepp, JJ.